UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JULIE A ANDERSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C11-1683-RSM-MAT<br><br>[~~PROPOSED~~] ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including January 16, 2012, to file a Response to Plaintiff's Complaint.

DATED this <u>19th</u> day of December, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C11-1683-RSM-MAT]

1

2  Presented by:

3  s/ David J. Burdett

4  DAVID J. BURDETT
   Special Assistant U.S. Attorney

5  Office of the General Counsel
   Social Security Administration

6  701 Fifth Avenue, Suite 2900 M/S 221A
   Seattle, WA 98104-7075

7  Telephone: (206) 615-2522
   Fax: (206) 615-2531

8  david.burdett@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24